UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS R. COSTELL, et al.,

       Plaintiffs,                                Case No. 12-cv-15063
                                                    HON. BERNARD A. FRIEDMAN

vs.

THE BANK OF NEW YORK MELLON
AS TRUSTEE FOR THE CERTIFICATE
HOLDERS OF CWHEQ, INC. HOME
EQUITY LOAN ASSET BACKED
CERTIFICATE SERIES 2006-S1, et al.,

       Defendants.
_____/

**J U D G M E N T**

The Court has granted defendants' motion to dismiss the complaint.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiffs. Costs to be permitted in accordance with law.

DAVID J. WEAVER
CLERK OF COURT

By: s/Michael Williams
      Deputy Clerk

January 28 , 2013

Approved: s/Bernard A. Friedman
         BERNARD A. FRIEDMAN
         U.S. DISTRICT JUDGE